UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| SANKTOKH SOHAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELLIS YAN, *et al.*,<br><br>Defendants. | ) | No. 1:15-cv-00393-DAP<br><br>Judge Dan Aaron Polster<br><br><u>CLASS ACTION</u> |

NOTICE OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Stipulation of Settlement (with exhibits) filed simultaneously herewith, and all prior proceedings in this action, through its undersigned counsel, Lead Plaintiff City of Warren Police & Fire Retirement System now moves pursuant to Rule 23 of the Federal Rules of Civil Procedure this Court before the Honorable Dan Aaron Polster at the United States District Court, Northern District of Ohio, Courtroom 18B of the Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, at a time and date to be determined by the Court, for an order granting:

1. Preliminary approval of the proposed class action settlement which, if granted final approval, would resolve this action in its entirety;

2. Approval of the form, content and manner of the class notices to Class Members;

3. Certification of the proposed Class for settlement purposes; and

4. Scheduling of a hearing, and certain deadlines related thereto, on final approval of the Settlement, proposed Plan of Allocation and Lead Counsel's application for an award of attorneys' fees and litigation expenses.

The parties' agreed-upon form of proposed Preliminary Approval Order, with exhibits thereto, is attached to this Notice of Motion.

DATED: April 12, 2017

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
ELLEN GUSIKOFF STEWART (*pro hac vice*)

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: elleng@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
JACK REISE (*pro hac vice*)
SABRINA E. TIRABASSI (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3064 (fax)
E-mail: jreise@rgrdlaw.com
E-mail: stirabassi@rgrdlaw.com

*Lead Counsel for Plaintiff*

LANDSKRONER • GRIECO • MERRIMAN, LLC
JACK LANDSKRONER (Ohio Bar # 0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
E-mail: jack@lgmlegal.com

*Liaison Counsel*

VANOVERBEKE MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
E-mail: tmichaud@vmtlaw.com

*Additional Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 12, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART (*pro hac vice*)