UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| SANKTOKH SOHAL, Individually and on Behalf of All Others Similarly Situated, | ) | No. 1:15-cv-00393-DAP |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| vs. | ) | CLASS ACTION |
| ELLIS YAN, *et al.*, | ) | |
| Defendants. | ) | |

LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on August 1, 2017, at 11:00 a.m., or as soon thereafter as the matter may be heard, Lead Plaintiff will move this Court for entry of orders and judgment pursuant to Rule 23 of the Federal Rules of Civil Procedure: approving the settlement of the above-captioned action and approving the Plan of Allocation. This motion is based on the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; the Declaration of Jack Reise in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; the Declaration of Carole K. Sylvester; the Stipulation of Settlement filed on April 12, 2017; and all other pleadings, rulings and other papers on file, and such other matters as may be presented to the Court.

Proposed orders will be submitted with Lead Plaintiff's reply submission after the deadline for requesting exclusion and objecting have passed.

DATED: June 23, 2017

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP

s/ Ellen Gusikoff Stewart

ELLEN GUSIKOFF STEWART (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: elleng@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
JACK REISE (*pro hac vice*)
SABRINA E. TIRABASSI (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3064 (fax)
E-mail: jreise@rgrdlaw.com
E-mail: stirabassi@rgrdlaw.com

*Lead Counsel for Plaintiff*

LANDSKRONER GRIECO MERRIMAN, LLC
JACK LANDSKRONER (Ohio Bar # 0059227)
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
E-mail: jack@lgmlegal.com

*Liaison Counsel*

VANOVERBEKE MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
E-mail: tmichaud@vmtlaw.com

*Additional Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART (*pro hac vice*)